IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHN SULLY, | No. C 92-0829 WHA |
| Petitioner, | **ORDER SCHEDULING HEARING ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JEANNE WOODFORD, Warden of California State Prison at San Quentin | |
| Respondent. | |

A hearing in the above-mentioned matter shall be held on **WEDNESDAY, APRIL 2, 2008 AT 1:00 P.M.** The parties should be prepared to discuss the following:

1) Respondent's entitlement to summary judgment on claim 3 of petitioner's amended habeas petition;

2) The permissibility, under the Antiterrorism and Effective Death Penalty Act of 1996, of introducing new evidentiary material at an evidentiary hearing in federal court.

The Court further directs the parties to file by March 26, 2008, a comprehensive list of the aggravating and mitigating evidence presented to the jury during the penalty phase of petitioner's trial. Finally, the Court directs respondent to submit page 20 of his Reply To Opposition To Summary Judgment, which appears to have been omitted from his original filing.

**IT IS SO ORDERED.**

DATED: March 18, 2008

William Alsup
United States District Judge