**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY JOHN SULLY,                                       No. C 92-00829 WHA

      Plaintiff,                                              **CAPITAL CASE**

  v.

ROBERT L. AYERS, JR., Warden of                           **JUDGMENT AND**
California State Prison at San Quentin,                   **CERTIFICATE OF**
                                                         **APPEALABILITY**
      Defendant.
———————————————————/

     Pursuant to the order granting respondent's motion for summary judgment on the remaining claims and the previous orders in this matter, **JUDGMENT IS HEREBY ENTERED** in favor of respondent, Robert L. Ayers, Warden of California State Prison at San Quentin, and against petitioner, Anthony John Sully.  A certificate of appealability is **GRANTED** with respect to claims 3, 4, 5 and 11, and **DENIED** with respect to all other claims in the petition.

    **IT IS SO ORDERED.**

Dated:  May 20, 2008.

                                           _____
                                           WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE