UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHONY J. SULLY,

    Petitioner,

v.

RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,

    Respondent.

Case No. 92-0829 WHA

**ORDER DENYING MOTION FOR RELIEF FROM FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(6)**

    Petitioner has filed a pro se Motion For Relief From Final Judgment Pursuant To Fed. R. Civ. P. 60(b)(6) seeking relief from the Order Granting Summary Judgment on claims contained in petitioner's federal habeas petition, filed on May 20, 2008. Dkt. No. 230. In a reiteration of claims denied on summary judgment, petitioner alleges that conditions of pretrial confinement caused him to be incompetent to stand trial, and that his habeas counsel, Richard Mazer, provided ineffective assistance by failing to properly raise this claim. In 2014, petitioner filed a successive petition in state court based, in part, on these renewed claims. Dkt. No. 273, Ex. 1. The state petition is still pending.

    Because petitioner seeks relief from a judgment that addressed the merits of his claims, petitioner's motion qualifies as a successive habeas petition requiring authorization from the Court of Appeals pursuant to the Antiterrorism and Effective Death Penalty Act. *See Gonzalez v. Crosby*, 545 U.S. 524, 532 (2005); 28 U.S.C. 2244(b). Additionally, petitioner's motion, filed twelve years after the entry of judgment and six years after the same claims were raised in a

successive petition in state court, is untimely. *See* Fed. R. Civ. Proc. 60(c)(1). Accordingly, it is

**DENIED**.

      **IT IS SO ORDERED.**

Dated: September 23, 2020

_____
WILLIAM ALSUP
United States District Judge

United States District Court
Northern District of California

Case No. 92-0829
ORDER DENYING MOTION FOR RELIEF FROM FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(6)
2